[No. 52743-6-I.   Division One.   September 20, 2004.]

JOANNE LAWRENCE, *Appellant*, v. GARTH BROOKS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-07990-6, J. Kathleen Learned, J., entered February 15, 2004. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Baker and Agid, JJ.

[No. 52826-2-I.   Division One.   September 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH GROCHOW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01806-1, Paris K. Kallas, J., entered July 10, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Agid, J.

[No. 52878-5-I.   Division One.   September 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GENTRIS LAMAR HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-06977-5, Kenneth Comstock, J. Pro Tem., entered July 21, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52900-5-I.   Division One.   September 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAREOLD LEMON BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-02221-7, Palmer Robinson, J., entered August 15, 2003. *Affirmed* by unpublished per curiam opinion.